For these reasons, I would respectfully reverse the Superior Court's order and reinstate Appellee's conviction for DUS-DUI and the judgment of sentence imposed upon him by the trial court.

146 A.3d 1254

**Terrell BYARD, Petitioner**

v.

**Trevor WINGARD, et al., Respondent.**

**No. 113 EM 2016.**

Supreme Court of Pennsylvania.

Sept. 1, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 1st day of September, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**